UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-CR-00350-AGF |
| | ) | |
| TRAVIS SANTEL JONES, | ) | |
| | ) | |
| Defendant. | ) | |

### AMENDED SENTENCING MEMORANDUM OF THE UNITED STATES ATTORNEY'S OFFICE

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Angie E. Danis, Assistant United States Attorney for said District, and for its Sentencing Memorandum states as follows.

On or about December 21, 2022, the parties entered into a Guilty Plea Agreement (Doc. #42) by which the parties would recommend a total sentence of 60 months (5 years).  The defendant, as of the date of sentencing, will have served **287** days in federal custody on the instant offenses.  In speaking with the Bureau of Prisons, and in order to give effect to the intentions of the parties in the Guilty Plea Agreement, the Government respectfully recommends that this Court enter an order sentencing the defendant to one day imprisonment on Count I, with credit for one day already served, and 60 months on Count II, with the remaining **286** days in custody to be credited toward his sentence in Count II.  As mandated by statute, these terms would be imposed consecutively to one another.  As stated in the Guilty Plea Agreement, the parties recognize that this is merely a joint recommendation and is not binding upon this Court.

1

WHEREFORE, the United States of America respectfully requests that this Court enter an order sentencing the defendant accordingly.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Angie E. Danis*
ANGIE E. DANIS, #64805MO
Assistant United States Attorney
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
(314) 539-2200
Angie.Danis@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 30, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

*/s/ Angie E. Danis*
ANGIE E. DANIS, #64805MO
Assistant United States Attorney